# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SEIFULLAH AZGHANDI, | : Case No. 3:20-cv-377 |
| Plaintiff, | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| KENNETH HOPKINSON, | : |
| Defendant. | : |

## ORDER

This matter is presently before the Court on Defendant's Motion to Strike Plaintiff's Filings that Improperly Include the Electronic Signature of Defendant's Counsel ("Motion"). (Doc. #19).

Plaintiff has filed multiple documents in this matter bearing the electronic signature of Defendant's counsel. (Doc. #s 13, 14, 15, 16, 17, 18). Defendant's counsel did not authorize Plaintiff to use her signature on such filings. (Doc. #19, *PageID* #449).

The undersigned will not strike these documents. However, Defendant's counsel signature on Doc. #s 13, 14, 15, 16, 17, and 18 is not construed as her actual signature or her consent to or ratification of Plaintiff's filings.

Plaintiff is **ORDERED** to refrain from including the electronic signature of Defendant's counsel on future filings, absent the appropriate authorization.

Accordingly, Defendant's Motion is denied in part and granted in part, as set forth above.

August 3, 2021                                      *s/Peter B. Silvain, Jr.*
                                                    Peter B. Silvain, Jr.
                                                    United States Magistrate Judge