IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SEIFULLAH AZGHANDI, :

    Plaintiff,

v.                            :

KENNETH HOPKINSON,

    Defendant.             :

Case No. 3:20-cv-377

JUDGE WALTER H. RICE

---

ORDER DISMISSING CASE WITH PREJUDICE; JUDGMENT TO
ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF;
TERMINATION ENTRY

---

On September 24, 2021, the Court issued a Decision and Entry sustaining Defendant's Motion to Dismiss without prejudice to Plaintiff filing an Amended Complaint within 21 days if he could do so within the strictures of Fed. R. Civ. P. 11. Doc. #25. On October 1, 2021, that Decision and Entry was returned to the Court as undeliverable and unable to forward to Plaintiff. Doc. #26.

Plaintiff, who is proceeding *pro se*, is obligated to keep the Court apprised of his current address at all times, and has failed to do so. Accordingly, given Plaintiff's failure to file an Amended Complaint within the time allotted, the Court now DISMISSES all claims WITH PREJUDICE.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: November 24, 2021

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**